IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER STEPHENS, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:13-CV-1528-RWS |
| THEODORE JACKSON, | : |
| Defendant. | : |

### ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge John K. Larkins, III [Doc. No. 102]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 102] is hereby approved and adopted as the opinion and order of this Court. As such, Plaintiffs' Motion to Dismiss [Doc. No. 98] is GRANTED without the imposition of any additional conditions. Defendant's Motion for Summary Judgment [Doc. No. 79] is DENIED as moot. The Clerk is DIRECTED to close this action.

SO ORDERED, this 29th day of February, 2016.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)